United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20154
Conference Calendar

EDGAR FERNANDO BLANCO PUERTA,

Petitioner-Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE, Office of Attorney
General; MICHAEL T. SHELBY, United States Attorney
(Southern District of Texas); NEIL H. ADLER, Federal Bureau
of Prisons,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CV-36
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Edgar Fernando Blanco Puerta, federal prisoner #16259-179,
appeals the district court's dismissal of his 28 U.S.C. § 2241
petition without prejudice to Puerta's seeking relief via the
appropriate procedural vehicle.  Although Puerta has briefed the
merits of his claims, he has failed to address the procedural
issue presented by the district court's dismissal of his
petition.  Puerta has failed to brief the sole relevant issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal.  See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).  His appeal therefore is dismissed as frivolous.  See 5TH CIR. R. 42.2.

APPEAL DISMISSED.